

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00276-CV

Beverly **STRAUB**,
Appellant

v.

**PRESCA HOLDING LLC,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-07873
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellee Pesca Holding LLC filed its brief on October 12, 2020. The printed brief consists of one hundred eleven pages and does not contain a Summary of the Argument section. *Contra* TEX. R. APP. P. 38.1(h). The included portions of the brief contain more than 15,000 words, *contra id.* R. 9.4(i)(2)(B), and the brief's typefaces and spacing are smaller than required in portions of the brief, *contra id.* R. 9.4(d),(e). The brief fails to conform with the Rules.

This court may strike a brief that fails to conform with the Texas Rules of Appellate Procedure. *Id.* R. 9.4(k). Therefore, we STRIKE Appellee's brief and ORDER Appellee Pesca Holding LLC to file an amended brief within FIFTEEN DAYS of the date of this order. **The amended brief must correct all the violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 38.1.

If the amended brief does not comply with this order, we may STRIKE Appellee's brief and set this cause for submission without an appellee's brief. *See Jackson v. Tex. Bd. of Pardons & Paroles*, No. 01-03-00862-CV, 2008 WL 921035, at *1 n.2 (Tex. App.—Houston [1st Dist.] Apr. 3, 2008, no pet.) (mem. op.) ("'In a civil case, the court will accept as true the facts stated [in the appellant's brief] unless another party contradicts them.'" (alteration in original) (quoting Tex. R. App. P. 38.1(g))).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court